IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FREDERICK SMITH                                                              PLAINTIFF

v.                                   No. 3:16-cv-80-DPM

MARY McGOWAN, In her personal and official
capacities;                                                                  DEFENDANT

JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
24 May 2016